[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 20, 2005
THOMAS K. KAHN
CLERK

————————————————

No. 04-10825

————————————————

D. C. Docket No. 03-0001 CR-01-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee
Cross-Appellant,

versus

WALLACE WAYNE HOOKS,

Defendant-Appellant
Cross-Appellee.

————————————————

Appeals from the United States District Court
for the Southern District of Georgia

————————————————

**(May 20, 2005)**

Before EDMONDSON, Chief Judge, BIRCH and COX, Circuit Judges.

PER CURIAM:

A jury convicted Appellant Wallace Wayne Hooks of two counts under 18 U.S.C. § 242 for violating the Fourth Amendment rights of two arrestees. The Government cross-appeals Hooks's sentence. Seeing no reversible error, we affirm.

AFFIRMED.